# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

August 11, 2011

**By ECF**

Hon. Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. William Soler, 10 CR 708 (RJD) (LB)**

Your Honor:

I submit this letter pursuant to the Court's recent scheduling order requiring the parties to file a list of people and places that may be referred to at trial.

Other than the defendants themselves and the people named on the extensive list the government filed on August 9th, the only additional people that may be referred to at trial are:

1. Kannan Sundaram, Attorney for William Soler
2. Caitlin York, Paralegal
3. Phillip D. Martin, Investigator

Respectfully Submitted,

Kannan Sundaram
Attorney for William Soler
(718) 330-1203

cc:  AUSA Richard M. Tucker
     AUSA David Sarratt
     Mark S. DeMarco, Esq.

     Clerk of Court