# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

February 17, 2012

By ECF and Hand Delivery
Victoria M. Aguilar
United States Probation Officer
Eastern District of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

**Re: United States v. William Soler, 10-CR-708 (RJD)**

Dear Ms. Aguilar:

I write to call your attention to, and correct, an error in the Guidelines calculation I set forth in my previously filed objections to the Presentence Investigation Report ("PSR").

In objecting to the inclusion of enhancements for threat of death, physical injury and loss amount under Guideline 2B3.1, I argued that the adjusted offense level for counts one and three should be 22 and that this *"corresponds to a Guideline range of 51 to 63 months* for" those counts (Def. PSR Objections, p. 4). In Mr. Soler's Criminal History Category of II (PSR ¶¶ 53, 88), however, an offense level of 22 corresponds to a Guideline range of *46 to 57* months rather than 51 to 63 months.

Please make note of this correction.

Very Truly Yours,

Kannan Sundaram
Assistant Federal Defender
(718) 330-1203

cc:   AUSA Richard M. Tucker
      AUSA William D. Sarratt
      AUSA Shreve Ariail

      Clerk of Court (RJD)