# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

March 12, 2012

**By ECF and By Hand**
The Honorable Raymond J. Dearie
Senior United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

**Re: United States v. William Soler, 10-CR-708 (RJD)**

Dear Judge Dearie:

I am writing to withdraw my improperly labeled "Motion to Amend/Correct Sentencing Memorandum" (Doc. No. 118) and to request that the attached amended page 5 be substituted for page 5 of the previously filed sentencing memorandum (Doc. No. 117), to correct a typographical error in footnote number 2.

For the sake of clarity and to avoid confusion, the new, substituted page 5 has been labeled "Amended." A new revised sentencing memorandum will be delivered to chambers.

I thank the Court for its consideration.

Respectfully Submitted,

Kannan Sundaram
Attorney for William Soler

cc:    AUSA Richard M. Tucker
       AUSA William D. Sarratt

       Victoria M. Aguilar, U.S. Probation