**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

CHAMBERS OF
**RAYMOND J. DEARIE**
DISTRICT JUDGE

July 17, 2012

Mr. William Soler
Register Number: 78424-053
FCI MCKEAN
FEDRAL CORRECTIONAL INSTITUTION
P.O. BOX 8000
BRADFORD, PA 16701

Re: U.S.A. -v- William Soler
    CR 10-708-01 (RJD)

Dear Mr. Soler,

In response to your letter to Judge Dearie (undated) received in chambers on 5/21/2012, please be advised that Judge Dearie did in fact recommend to the Bureau of Prisons that you be designated to an institution as close to the New York Metropolitan Area as possible for family contact and visitation reasons. For your convenience, I enclose a copy of your Judgment and refer you to page 3.

On behalf of Judge Dearie, I invite you to write to him and let him know how you are doing.

Very truly yours,

Ellen Mulqueen
Courtroom Deputy to
Raymond J. Dearie, U.S.D.J.

Enc.
cc: AUSA Richard Tucker
    Kannan Sundaram, Esq.